UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                            :   **NOLLE PROSEQUI**

COURTNEY BRANCH,                      :   09 Cr. 699 (SAS)

    Defendant.                        :

- - - - - - - - - - - - - - - - - - x

    1.    The filing of this *nolle prosequi* will dispose of this case with respect to COURTNEY BRANCH, the defendant.

    2.    On July 16, 2009, Indictment 09 Cr. 699 (SAS) was filed, charging the defendant COURTNEY BRANCH, among others, with one count of conspiracy to distribute, and possess with intent to distribute, crack cocaine, in violation of Title 18, United States Code, Section 846.

    3.    On or about April 30, 2013, the defendant COURTNEY BRANCH and the Government entered into a deferred prosecution agreement.  Pursuant to the terms of the agreement, BRANCH agreed to comply with specific terms set forth therein for a period of three months.  The Government agreed that, if BRANCH complied with such terms, no further prosecution would be instituted against BRANCH for the offense described above.

    4.    On or about July 23, 2013, the Government received a written report from the United States Pretrial

Services Office indicating that the defendant COURTNEY BRANCH had complied with all of the terms of his deferred prosecution agreement for the stipulated period.

5. In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to the defendant COURTNEY BRANCH with respect to Indictment 09 Cr. 699 (SAS).

PARVIN MOYNE
Assistant United States Attorney
(212) 637-2510

Dated: New York, New York
~~July~~ Agust 6, 2013

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant COURNTEY BRANCH with respect to Indictment 09 Cr. 699 (SAS).

PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
Agust ~~July~~ 9, 2013

SO ORDERED:

THE HONORABLE SHIRA A. SCHEINDLIN
United States District Judge
Southern District of New York

Dated: New York, New York
Agust ~~October~~ 19, 2013

2